IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13713-DD

_____

JAMIE LEE ANDREWS,
 as surviving spouse of Micah Lee Andrews,
 Deceased and as Administrator of the Estate of
 Micah Lee Andrews, Deceased,

                                      Plaintiff – Appellee – Cross-Appellant,

versus

MAZDA MOTOR CORPORATION, et al.,

                                      Defendants,

AUTOLIV JAPAN, LTD.,

                                      Defendant – Appellant – Cross-Appellee,

STATE OF GEORGIA,

                                      Intervenor.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER:

    State of Georgia's motions for leave to intervene on the side of Plaintiff-Appellee, to file a response brief in this appeal, and to extend the time to file its brief are GRANTED.

    Intervenor's response brief is due 30 days from the filing of Plaintiff-Appellee-Cross Appellant Andrews's principal and response brief.

      Defendant-Appellant-Cross Appellee Autoliv's response and reply brief is due 30 days from the filing of Intervenor's response brief.

      Plaintiff-Appellee-Cross Appellant Andrews's reply brief, if any, is due 21 days after the filing of Defendant-Appellant-Cross Appellee Autoliv's response and reply brief.

/s/ Robin S. Rosenbaum  
UNITED STATES CIRCUIT JUDGE
